OPINION — AG — THE ANNEXATION ELECTION AND ORDER OF ANNEXATION BASED THEREON, WHICH WOULD HAVE EFFECT OF SEPARATING THE NORTHERN PART OF THE LYDIA DISTRICT FROM THE SOUTHERN PART OF THE LYDIA DISTRICT, ARE VOID. AS TO THE AUTHORITY OF THE COUNTY SUPERINTENDENT OF SCHOOLS TO RESCIND AN ORDER OF ANNEXATION IF SUCH ANNEXATION IS NOT AUTHORIZED BY LAW, SEE OPINION NO. APRIL 24, 1952 — HODGE (DISTRICT TRANSPORTATION ARE, ADJACENT SCHOOL DISTRICTS) CITE: 70 O.S. 7-1 [70-7-1] (J. H. JOHNSON)